# United States District Court

DISTRICT OF

RHODE ISLAND

LANTOR, INC.

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 06-CV-46 S

NICASSIO CORPORATION d/b/a
NICASSIO GROUP

TO: (Name and Address of Defendant)

Nicassio Corporation d/b/a
Nicassio Group
2323 A Main Street
Pittsburg, Pennsylvania

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Heath S. Comley, Esq.
The Law Office of Heath S. Comley
One Ship Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within TWENTY days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 2/2/06

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 2/14/06 |
|---|---|
| NAME OF SERVER (PRINT) Megan E. Young | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Nicassio Corporation, 1380 Old Freeport Road, Suite 3B Pittsburgh, PA 15238

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 111.4 miles | 2 Attempts (3 hours) | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/14/06
*Date*

Megan E. Young
*Signature of Server*

Gentile-Meinert & Associates
3645 Brodhead Road
Monaca, PA 15061
*Address of Server*

FILED
2006 MAR 10 A 10: 19
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.