UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br>Plaintiff,<br><br>v.<br><br>NICASSIO CORPORATION d/b/a<br>NICASSIO GROUP,<br>Defendant. | ) | CIV. AC. NO. 1:06 CV 46 S |

APPLICATION TO CLERK FOR ENTRY OF DEFAULT
AND AFFIDAVIT IN SUPPORT THEREOF

The Plaintiff in the above-entitled action, pursuant to Federal Rule of Civil Procedure 55(a), hereby makes application to the Clerk for Entry of Default against the Defendant, William Nicassio Corporation d/b/a Nicassio Group, for it's failure to plead or otherwise defend. Said failure of this Defendant to plead or otherwise defend is set forth in the Affidavit immediately following this Application.

Plaintiff,
by it's Attorney,

Heath S. Comley, Esq., #3932
One Ship Street
Providence, RI 02903
Tel:(401) 331-5505
Fax:(401)331-6110

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br>Plaintiff,<br><br>v.<br><br>NICASSIO CORPORATION d/b/a<br>NICASSIO GROUP,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. AC. NO. 1:06 CV 46 S |

AFFIDAVIT AS TO COMPETENCY, MILITARY SERVICE AND IN PROOF OF CLAIM

The undersigned, being duly sworn, on oath, deposes and states as follows:

1. That he is the authorized agent and attorney for Lantor, Inc. and that he is authorized to make this Affidavit, cognizant of the facts constituting this cause of action and familiar with the cause of action of the Plaintiff herein;

3. That, at the time of commencement of this action, and presently, to the best of the Plaintiff's knowledge and belief, the Defendant, was not in the Military Service of the United States as defined in Article 1 of the "Soldiers' and Sailors' Civil Relief Act of 1940," as amended, nor is an infant or an incompetent;

4. That this Affidavit is executed by Affiant herein in accordance with the Soldiers' and Sailors' Relief Act of 1940.

Heath S. Comley, Esq., Affiant

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 10th day of March, 2006.

Notary Public: BARBARA L. BARRETT
My Commission Expires:
7-30-09

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br>Plaintiff,<br><br>v.<br><br>NICASSIO CORPORATION d/b/a<br>NICASSIO GROUP,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. AC. NO. 1:06 CV 46 S |

APPLICATION TO COURT FOR ENTRY OF JUDGMENT BY DEFAULT

The Plaintiff in the above-entitled action hereby makes application, pursuant to Federal Rule of Civil Procedure 55(b)(1), to the Court for the entry of judgment by default for the Plaintiff against the Defendant, Nicassio Corporation d/b/a Nicassio Group, in the amount of $239,160.00, plus prejudgment interest from June 14, 2005 of 9% when the account balance became due and owing, to the present of $21,524.50, plus costs to date of $270.00 for a total judgment of $260,954.40.

Plaintiff, by it's Attorney,

Heath S. Comley, Esq., #3932
One Ship Street
Providence, RI 02903
Tel:(401)331-5505
Fax:(401)331- 6110

Judgment is hereby entered for the Plaintiff, against the Defendant, in the amount of $__________________.

______________________________ J.

Entered

__________________
Date

RECEIVED

MAR 13 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br>Plaintiff,<br><br>v.<br><br>NICASSIO CORPORATION d/b/a<br>NICASSIO GROUP,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. AC. NO. 1:06 CV 46 S |

ENTRY OF DEFAULT

1. It appearing that the Defendant, Nicassio Corporation d/b/a Nicassio Group, in the above-entitled action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

2. DEFAULT is hereby entered for Plaintiff against said defendant, Nicassio Corporation d/b/a Nicassio Group, this _______ day of ____________, 2006.

______________________________
Clerk

__________________
Date