UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br>Plaintiff,<br><br>v.<br><br>NICASSIO CORPORATION d/b/a<br>NICASSIO GROUP,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. AC. NO. 1:06 CV 46 S |

## AFFIDAVIT

The undersigned being duly sworn, upon oath, deposes and states as follows:

1. That he is the attorney of record and has personal knowledge of the facts set forth in this Affidavit;

2. That the Plaintiff herein, on the 31st day of January, 2006, filed this action against the defendant herein,;

3. Examination of the Court files and records in this action shows that the defendant, Nicassio Corporation d/b/a Nicassio Group ("Nicassio"), was duly served said Complaint on the 14th day of February, 2006;

4. That more than twenty (20) days have elapsed since service of the complaint on the defendant;

5. That the defendant has failed to plead or otherwise defend to the Plaintiff's Complaint;

6. That this Affidavit is executed by affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling Plaintiff to obtain an entry of default against this Defendant, for it's failure to plead or otherwise defend as to the complaint.

[signature]
Affiant
Heath S. Comley, Esq.

Subscribed and sworn to before me at Providence this 10th day of March, 2006.

[signature: Barbara L. Barrett]
Notary Public BARBARA L. BARRETT
My Commission Expires:
7-30-09