UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC., Plaintiff, | ) | CIV. AC. NO. 1:06 CV 46 S |
| v. | ) | |
| NICASSIO CORPORATION d/b/a NICASSIO GROUP, Defendant. | ) | |

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT AND AFFIDAVIT IN SUPPORT THEREOF

The Plaintiff in the above-entitled action, pursuant to Federal Rule of Civil Procedure 55(a), hereby makes application to the Clerk for Entry of Default against the Defendant, William Nicassio Corporation d/b/a Nicassio Group, for it's failure to plead or otherwise defend. Said failure of this Defendant to plead or otherwise defend is set forth in the Affidavit immediately following this Application.

Plaintiff,
by it's Attorney,

Heath S. Comley, Esq., #3932
One Ship Street
Providence, RI 02903
Tel:(401) 331-5505
Fax:(401)331-6110

DEFAULT HEREBY ENTERED
DEPUTY CLERK 3/13/06

5