UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC., Plaintiff, | ) | CIV. AC. NO. 1:06 CV 46 S |
| v. | ) | |
| NICASSIO CORPORATION d/b/a NICASSIO GROUP, Defendant. | ) | |

APPLICATION TO COURT FOR ENTRY OF JUDGMENT BY DEFAULT

The Plaintiff in the above-entitled action hereby makes application, pursuant to Federal Rule of Civil Procedure 55(b)(1), to the Court for the entry of judgment by default for the Plaintiff against the Defendant, Nicassio Corporation d/b/a Nicassio Group, in the amount of $239,160.00, plus prejudgment interest from June 14, 2005 of 9% when the account balance became due and owing, to the present of $21,524.50, plus costs to date of $270.00 for a total judgment of $260,954.40.

***Plaintiff requests a hearing for proof of claim should the Court Believe it necessary.***

Plaintiff, by it's Attorney,

Heath S. Comley, Esq., #3932
One Ship Street
Providence, RI 02903
Tel:(401)331-5505
Fax:(401)331- 6110

Judgment is hereby entered for the Plaintiff, against the Defendant, in the amount of $__________________.

______________________________ J.

Entered

____________________
Date