UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br>Plaintiff,<br><br>v.<br><br>NICASSIO CORPORATION d/b/a<br>NICASSIO GROUP,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. AC. NO. 1:06 CV 46 S |

**AFFIDAVIT AS TO COMPETENCY, MILITARY SERVICE AND IN PROOF OF CLAIM**

The undersigned, being duly sworn, on oath, deposes and states as follows:

1. That he is the authorized agent and attorney for Lantor, Inc. and that he is authorized to make this Affidavit, cognizant of the facts constituting this cause of action and familiar with the cause of action of the Plaintiff herein;

3. That, at the time of commencement of this action, and presently, to the best of the Plaintiff's knowledge and belief, the Defendant, was not in the Military Service of the United States as defined in Article 1 of the "Soldiers' and Sailors' Civil Relief Act of 1940," as amended, nor is an infant or an incompetent;

4. That this Affidavit is executed by Affiant herein in accordance with the Soldiers' and Sailors' Relief Act of 1940.

Heath S. Comley, Esq., Affiant

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 4th day of April, 2006.

Notary Public:
My Commission Expires: 7-5-09