UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br>Plaintiff,<br><br>v.<br><br>NICASSIO CORPORATION d/b/a<br>NICASSIO GROUP,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 06-46 S |

**ORDER VACATING DEFAULT**

The default which was entered by the Clerk on March 13, 2006 (Document ("Doc.") #5), is hereby vacated because the Application to Clerk for Entry of Default and Affidavit in Support Thereof (Doc. #3) lacks the certification required by DRI LR Cv 55(a).

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
April 13, 2006

BY ORDER:

Deputy Clerk