UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LANTOR, INC., Plaintiff, v. NICASSIO CORPORATION D/B/A NICASSIO GROUP Defendant. | CIV. AC. NO. 1:06 CV 46S |

MOTION TO CLERK FOR ENTRY OF DEFAULT
AND AFFIDAVIT IN SUPPORT THEREOF

The Plaintiff in the above-entitled action, pursuant to Federal Rule of Civil Procedure 55(a), hereby makes application to the Clerk for Entry of Default against the Defendant, Nicassio Corporation, d/b/a Nicassio Group, for it's failure to plead or otherwise defend. Said failure of this Defendant to plead or otherwise defend is set forth in the Affidavit immediately following this Application.

Plaintiff,
by it's Attorney,

Heath S. Comley, Esq., #3932
One Ship Street
Providence, RI 02903
Tel:(401) 331-5505
Fax:(401)331-6110

## CERTIFICATION

I mailed a true copy of the within Motion, first class, and certified mail return receipt requested, to the last known addresses of the defendant, on the 13th day of APRIL, 2006.

Nicassio Corporation
d/b/a Nicassio Group
2323 A Main Street
Pittsburg, PA 15215

Nicassio Corporation
d/b/a Nicassio Group
1380 Old Freeport Rd., Suite 3B
Pittsburgh, PA 15238

7001 1140 0002 9991 3465

U.S. Postal Service
CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here

Sent To Nicassio Corporation
d/b/a Nicassio Group
Street, Apt. No.; or PO Box No. 2323 A Main Street
City, State, ZIP+4 Pittsburgh, PA 15215

PS Form 3800, January 2001 See Reverse for Instructions

7001 1140 0002 9991 3212

U.S. Postal Service
CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here

Sent To Nicassio Corporation
d/b/a Nicassio Group
Street, Apt. No.; or PO Box No. 1380 Old Freeport Rd., Suite 3B
City, State, ZIP+4 Pittsburgh, PA 15238

PS Form 3800, January 2001 See Reverse for Instructions