UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br>Plaintiff,<br><br>v.<br><br>NICASSIO CORPORATION D/B/A<br>NICASSIO GROUP<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. AC. NO. 1:06 CV 46S |

## AFFIDAVIT

The undersigned being duly sworn, upon oath, deposes and states as follows:

1. That he is the attorney of record and has personal knowledge of the facts set forth in this Affidavit;

2. That the Plaintiff herein, on the, filed this action against the defendant herein on or about January 31, 2006;

3. Examination of the Court files and records in this action shows that the defendant was duly served said Complaint on the 14th day of February, 2006;

4. That more than twenty (20) days have elapsed since service of the complaint on the defendant;

5. That the defendant has failed to plead or otherwise defend to the Plaintiff's Complaint;

6. That this Affidavit is executed by affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling Plaintiff to obtain an entry of default against this Defendant, for it's failure to plead or otherwise defend as to the complaint.

[signature]
Affiant
Heath S. Comley, Esq.

Subscribed and sworn to before me at Providence this 13th day of April, 2006.

[signature]
Notary Public Andrea M. Newman
My Commission Expires: 2/27/2010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br>Plaintiff,<br><br>v.<br><br>NICASSIO CORPORATION d/b/a<br>NICASSIO GROUP,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. AC. NO. 1:06 CV 46 S |

AFFIDAVIT AS TO COMPETENCY, MILITARY SERVICE AND
IN PROOF OF CLAIM

The undersigned, being duly sworn, on oath, deposes and states as follows:

1. That he is the authorized agent and attorney for Lantor, Inc. and that he is authorized to make this Affidavit, cognizant of the facts constituting this cause of action and familiar with the cause of action of the Plaintiff herein;

3. That, at the time of commencement of this action, and presently, to the best of the Plaintiff's knowledge and belief, the Defendant, was not in the Military Service of the United States as defined in Article 1 of the "Soldiers' and Sailors' Civil Relief Act of 1940," as amended, nor is an infant or an incompetent;

4. That this Affidavit is executed by Affiant herein in accordance with the Soldiers' and Sailors' Relief Act of 1940.

Heath S. Comley, Esq., Affiant

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 13th day of April, 2006.

Notary Public: Andrea M. Newman
My Commission Expires: 2/27/2010