UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br>Plaintiff,<br><br>v.<br><br>NICASSIO CORPORATION d/b/a<br>NICASSIO GROUP,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. AC. NO. 1:06 CV 46 S |

ENTRY OF DEFAULT

1. It appearing that the Defendant, Nicassio Corporation d/b/a Nicassio Group, in the above-entitled action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

2. DEFAULT is hereby entered for Plaintiff against said defendant, Nicassio Corporation d/b/a Nicassio Group, this ______ day of ____________, 2006.

[signature]
Clerk

4/17/06
Date