UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br>Plaintiff,<br><br>v.<br><br>NICASSIO CORPORATION d/b/a<br>NICASSIO GROUP,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. AC. NO. 1:06 CV 46 S |

MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

The Plaintiff in the above-entitled action hereby makes application, pursuant to Federal Rule of Civil Procedure 55(b)(1), to the Court for the entry of judgment by default for the Plaintiff against the Defendant, Nicassio Corporation d/b/a Nicassio Group, in the amount of $239,160.00, plus prejudgment interest from June 14, 2005 of 10% when the account balance became due and owing, to the present of $23,916.00, plus costs to date of $270.00 for a total judgment of $263,346.00. Defendant was served on February 14, 2006, notified by certified mail (*See green cards attached*) of Motion for Default and is hereby also served by Certified Mail with this instant Motion.

Plaintiff, by it's Attorney,

Heath S. Comley, Esq., #3932
One Ship Street
Providence, RI 02903
Tel:(401)331-5505
Fax:(401)331- 6110

CERTIFICATION

I mailed a true copy of the within Motion, first class, and certified mail return receipt requested, to the last known addresse of the defendant, on the 27th day of APRIL, 2006.

Nicassio Corporation
d/b/a Nicassio Group
1380 Old Freeport Rd., Suite 3B
Pittsburgh, PA 15238