PROVIDENCE RI 029

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nicassio Corporation
d/b/a Nicassio Group
2323 A Main Street
Pittsburgh, PA 15215

2. Article Number (Transfer from service label) 7001 1140 0

PS Form 3811, February 2004 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X E. A. K ☐ Agent ☐ Addressee

B. Received by (Printed Name) E. G. KUENZIL

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail

4.

NICA323* 15215111S 1E
NOTIFY SENDER OF NEW A
:NICASSIO CORPORATION
1380 OLD FREEPORT RD S
PITTSBURGH PA 15238-31

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nicassio Corporation
d/b/a Nicassio Group
1380 Old Freeport Rd., Suite 3B
Pittsburgh, PA 15238

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☑ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 1/31/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7001 1140 0002 9991 3212

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

# United States District Court

DISTRICT OF

RHODE ISLAND

LANTOR, INC.

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 06-CV-46 S

NICASSIO CORPORATION d/b/a
NICASSIO GROUP

TO: (Name and Address of Defendant)

Nicassio Corporation d/b/a
Nicassio Group
2323 A Main Street
Pittsburg, Pennsylvania

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Heath S. Comley, Esq.
The Law Office of Heath S. Comley
One Ship Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within TWENTY days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 2/2/06

BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LANTOR, INC.,
Plaintiff,

v.

NICASSIO CORPORATION d/b/a
NICASSIO GROUP,
Defendant.

CIV. AC. NO. 1:06 CV 46 S

## AFFIDAVIT AS TO COMPETENCY, MILITARY SERVICE AND IN PROOF OF CLAIM

The undersigned, being duly sworn, on oath, deposes and states as follows:

1. That he is the authorized agent and attorney for Lantor, Inc. and that he is authorized to make this Affidavit, cognizant of the facts constituting this cause of action and familiar with the cause of action of the Plaintiff herein;

3. That, at the time of commencement of this action, and presently, to the best of the Plaintiff's knowledge and belief, the Defendant, was not in the Military Service of the United States as defined in Article 1 of the "Soldiers' and Sailors' Civil Relief Act of 1940," as amended, nor is an infant or an incompetent;

4. That this Affidavit is executed by Affiant herein in accordance with the Soldiers' and Sailors' Relief Act of 1940.

Heath S. Comley, Esq., Affiant

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 27th day of April, 2006.

Rachel Balcara
Notary Public:
My Commission Expires: 8-1-09