UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC., Plaintiff, | : | |
| v. | : | CA 06-46 S |
| NICASSIO CORPORATION d/b/a NICASSIO GROUP, Defendant. | : | |

**ORDER EXTENDING
TIME FOR SUPPLEMENTATION**

Having received a written request from Plaintiff's counsel for an extension of time within which to file the affidavit and memorandum required by the Order for Supplementation of 5/25/06 (Document #13), see Letter from Comley to Martin, M.J. of 6/15/06, the Court hereby extends the time for filing of those documents to Monday, July 10, 2006.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
June 16, 2006

BY ORDER:

Deputy Clerk