UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC., Plaintiff, | ) | CIV. AC. NO. 1:06 CV 46 S |
| | ) | |
| v. | ) | |
| | ) | |
| NICASSIO CORPORATION d/b/a NICASSIO GROUP, Defendant. | ) | |

## MOTION FOR SECOND EXTENSION OF TIME FOR SUPPLEMENTATION

The Plaintiff in the above-entitled action hereby moves for a two week extension of time to supplement the record in support of it's Motion for Entry of Default Judgment in the above-entitled matter. Plaintiff respectfully requests an extension to July 24, 2006.

Plaintiff, by it's Attorney,

Heath S. Comley, Esq., #3932
One Ship Street
Providence, RI 02903
Tel:(401)331-5505
Fax:(401)331- 6110

Dated: July 6, 2006