UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 1 0 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

FILED
JUL 07
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LANTOR, INC., Plaintiff,

v.

NICASSIO CORPORATION d/b/a NICASSIO GROUP, Defendant.

CIV. AC. NO. 1:06 CV 46 S

MOTION FOR SECOND EXTENSION OF TIME FOR SUPPLEMENTATION

The Plaintiff in the above-entitled action hereby moves for a two week extension of time to supplement the record in support of it's Motion for Entry of Default Judgment in the above-entitled matter. Plaintiff respectfully requests an extension to July 24, 2006.

Plaintiff, by it's Attorney,

Heath S. Comley, Esq., #3932
One Ship Street
Providence, RI 02903
Tel:(401)331-5505
Fax:(401)331- 6110

Dated: July 6, 2006

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐ ________________
William E. Smith, District Judge
Date: 7/7/06

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
July 10, 2006