UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br>Plaintiff,<br><br>v.<br><br>NICASSIO CORPORATION d/b/a<br>NICASSIO GROUP,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. AC. NO. 1:06 CV 46 S |

APPLICATION TO COURT FOR ENTRY OF JUDGMENT BY DEFAULT

The Plaintiff in the above-entitled action hereby makes application, pursuant to Federal Rule of Civil Procedure 55(b)(1), to the Court for the entry of judgment by default for the Plaintiff against the Defendant, Nicassio Corporation d/b/a Nicassio Group, in the amount of $239,160.00, plus prejudgment interest from June 14, 2005 of 13.33% when the account balance became due and owing, to the present of $31,880.02, plus costs to date of $289.96 for a total judgment of $271,329.99.

Plaintiff, by it's Attorney,

Heath S. Comley, Esq., #3932
One Ship Street
Providence, RI 02903
Tel:(401)331-5505
Fax:(401)331- 6110

Judgment is hereby entered for the Plaintiff, against the Defendant, in the amount of $____________________.

____________________________________ J.

Entered

____________________
Date

Plaintiff, by it's Attorney,

Heath S. Comley, Esq., #3932
One Ship Street
Providence, RI 02903
Tel:(401)331-5505
Fax:(401)331- 6110

CERTIFICATION

I mailed a true copy of the within Application for Entry of Judgment, first class, postage prepaid, on the 24th day of July, to:
Nicassio Corporation
d/b/a Nicassio Group
1380 Old Freeport Rd.
Suite 3B
Pittsburgh, PA 15238