UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC., Plaintiff, vs. NICASSIO CORPORATION d/b/a NICASSIO GROUP, Defendant. | ) | CIV. AC. NO. 1:06 CV 46 S |

**AFFIDAVIT OF JOSEPH S. ROTH**

I, Joseph S. Roth, depose and state as follows:

1. Since January 15, 2001, I have been the Chief Financial Officer of Lantor, Inc. As such, I am familiar with Lantor's operations and its dealings with its customers. To prepare this affidavit, I reviewed Lantor's files concerning its course of dealings with the Defendant, Nicassio Corporation d/b/a Nicassio Group. I make this affidavit based upon my personal knowledge and my review of Lantor's business records.

2. Lantor is a Delaware corporation with a principal place of business located at 221 East Main Street, Milford, Massachusetts. Lantor is a worldwide technical textile manufacturer. In 1998, Lantor formed its Novapipe™ division. Novapipe™ manufactures, among other products, cured in place pipe ("CIPP") liners.

3. For its first few years of operation, Novapipe™ was located in Massachusetts. In December 2001, Novapipe™ relocated to 1 Tupperware Drive, Suite 4, North Smithfield, Rhode Island. Novapipe™ has conducted all of its business from this Rhode Island address since

December 2001. In this regard, all of the manufacturing facilities and administrative offices of Novapipe™, and its employees, have been located in Rhode Island since December 2001.

4. Nicassio began doing business with Novapipe™ in 2002, after Novapipe™ moved its operations to Rhode Island. Nicassio is located in Pittsburgh, Pennsylvania.

5. Since 2002, Nicassio placed orders for materials from Novapipe™ in the amount of $819,695. When placing these orders, Nicassio communicated with Novapipe™ in Rhode Island. Such communications included purchase orders, order specifications, telephone calls, correspondence, and payments for orders. In turn, Novapipe™ communicated with Nicassio from Rhode Island. For example, Novapipe™ would send invoices to Nicassio from Rhode Island.

6. Examples of written communications between Novapipe™ in Rhode Island and Nicassio are attached hereto as Exhibit A. These communications include (1) a February 14, 2003, letter from Nicassio Corporation to Novapipe™ in Rhode Island regarding specifications for one of Nicassio's orders from Novapipe™; (2) a March 6, 2003, fax cover sheet from Nicassio to John Williamson of Novapipe™ in Rhode Island; and (3) an April 13, 2005, fax from Nicassio in Pittsburgh to Novapipe™ in Rhode Island.

7. The claims in this action involve a series of seven different orders that Nicassio placed with Novapipe™ beginning on April 20, 2005, and ending on June 13, 2005, by which Nicassio ordered certain CIPP materials from Novapipe™. Nicassio placed all of these orders by sending purchase orders to Novapipe™ in Rhode Island. One of these purchase orders, dated June 8, 2005, is attached hereto as Exhibit B. With regard to these orders, Nicassio specifically requested that the materials be shipped F.O.B. North Smithfield, Rhode Island to Sanford, Florida. Novapipe™ shipped all materials as ordered, and Nicassio accepted delivery of all said

materials. Novapipe™ then sent invoices from its offices in Rhode Island to Nicassio. A copy of one of these invoices is attached hereto as Exhibit C. Nicassio owes Novapipe™ $239,160.00 for the materials that it ordered from April 20 to June 13, 2005. Despite demand, Nicassio has failed to pay for these materials.

Signed under the penalties of perjury on July 20, 2006.

Joseph S. Roth
Chief Financial Officer, Lantor, Inc.



BOST_206629.2