NICASSIO CORPORATION
"General Contractors"

NICASSIO Corporation
24 South 18th Street
Pittsburgh, PA 15203
P: (412) 432-7950 F: (412) 432-7990

# LETTER OF TRANSMITTAL

| | |
|---|---|
| Date February 14, 2003 | Job No. |
| Attention: Mr. John Williamson | |
| Re: Blistering of PU Layer | |

To: NOVA Pipe - A Lantor Group Company
1 Tupperware Drive, Suite 4
North Smithfield, RI 02896

We are sending you the following items:

- [ ] Shop Drawings
- [ ] Prints
- [ ] Copy of Letter
- [ ] Samples
- [ ] Specifications
- [ ] Change Order
- [ ] Plans
- [ ] Schedule
- [x] Other

| Copies | Date | Description |
|---|---|---|
| 1 | 2/13/2003 | Letter from PWSA, Re: Payment and Issues of Concern |
| 1 | 1/30/2003 | CIPP Liner Calculations |
| 1 | 2/14/2003 | Pipe Sample |
| | | |
| | | |
| | | |

Reason for transmittal checked below:

- [ ] For Approval
- [ ] Approved as Submitted
- [ ] Resubmit
- [ ] Copies for Approval
- [x] For Your Use
- [ ] Returned for Corrections
- [ ] Submit
- [ ] Copies for Distribution
- [ ] As Requested
- [ ] For Review and Comment
- [ ] Return
- [ ] Corrected Prints
- [ ] Approved as Noted
- [ ] For Bids Due
- [ ] Prints Returned After Loan to Us

Remarks

Copy To: ______________ Signed: [signature]
Thomas G. Walker

EXHIBIT A

FROM :NICASSIO CORPORATION FAX NO. :4124327960 Mar. 06 2003 03:19PM P1

NICASSIO CORPORATION "General Contractors"

**NICASSIO Corporation**
24 South 18th Street
Pittsburgh, PA 15203
Phone: (412) 432-7950
Fax: (412) 432-7960

ref. 109

# Fax

| | | | |
|---|---|---|---|
| To: | John Williamson | From: | Lou Nicassio |
| Fax: | 401-762-0687 | Pages: | 4 |
| Phone: | | Date: | 3-6-03 |
| Re: | | CC: | |

☐ Urgent ☑ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

● Comments:

2323-B Main Street, Pittsburgh, PA 15216
Phone (412) 686-0060 X 104
Fax (412) 686-0064

Nicassio Group

# Fax

33

To: Kim  From: Victor

Fax:  Pages: 1

Phone:  Date:

Re:  CC:

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

• Comments:

# NOVAPIPE™

**Felt Order Form**

Date: 4/13/05

Vendor: 

Sold to: Nicosmio Corp

Phone: 412-696-0080

Fax: 417-322-6777

Ship to: Sanford FL

Phone: 

Fax: 

Job Name: STOCK

P.O.# FL007

| Seg# | UP MH# | DOWN MH# | UP MH DEPTH | LINE LENGTH C/C | PIPE DIAMETER INCHES | FELT THICKNESS MM | SOFT END YES OR NO | LINER LENGTH PLUS WASTE | DATE REQUIRED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | — | 10 ft x 90 | | 1425 | 15" | 7.5mm | NO | N/A | ASAP | 7.49 = 10,673.25 |
| | | 16 ft x 90 | | 2500 | 18" | 7.5mm | NO | N/A | ASAP | 8.96 = 22,400 |
| | | 8 ft x 90 | | 350 | 21" | 9mm | NO | N/A | ASAP | 11.29 = 3951.50 |
| | | 8 ft x 90 | | 670 | 24" | 9mm | NO | N/A | ASAP | 13.06 = 8750.20 |
| | | | | 1410 | 7.5" | 3mm | NO | N/A | ASAP | Shipped 4/15 order# 202[illegible] |

rev.1

CALL RUSTY @ 412-287-0068

ship 4/20