Metro Sewer Services, Inc.
NICASSIO
P.O. Box 1599
Sanford, FL 32772-1599

# Purchase Order

| DATE | P.O. NO. |
|---|---|
| 6/8/2005 | 898909 |

| Vendor NOVA PIPE. |
|---|
| 1 Tupperware Dr. Suite 4<br>North Smithfield<br>RI, 02896 |

| SHIP TO |
|---|
| Nicassio/Metro Sewer Services, Inc.<br>2720 W. State Road 46<br>Sanford, FL 32771 |

| ORDERED BY | TERMS | DUE DATE | Expected | SHIP VIA |
|---|---|---|---|---|
| MAP | Net 30 | 7/8/2005 | | |

| ITEM | DESCRIPTION | QTY | RATE | CUSTOMER | AMOUNT |
|---|---|---|---|---|---|
| 08L6.0MM | 8" Liner - 6.0 mm | 10,000 | 3.66 | | 36,600.00 |
| 10L6.0MM | 10" Liner - 6.0 mm | 3,000 | 4.44 | | 13,320.00 |
| 15L7.5MM | 15" Liner - 7.5 mm | 210 | 7.49 | | 1,572.90 |
| 21L10.5MM | 21" Liner - 9.0mm | 410 | 11.29 | | 4,628.90 |
| | | | **Total** | | $56,121.80 |

*EXHIBIT B*