# INVOICE



NOVAPIPE™

: Tupperware Drive
Suite 4
North Smithfield, RI 02896
401) 762-0686

INVOICE NUMBER: 0003216-IN
INVOICE DATE: 06/13/05
INVOICE DUE DATE: 08/12/05

ORDER NUMBER: 0002126
ORDER DATE: 06/08/05
CUSTOMER NO: 00-0100565

SOLD TO:
NICASSIO GROUP
2323A MAIN STREET
PITTSBURGH, PA 15215

SHIP TO:
NICASSIO
2720 West State Road #46
CIPP PLANT
SANFORD, FL 32770

CONFIRM TO: Matt

| C | CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | SHIP DATE |
|---|---|---|---|---|---|
| 8 | 909 | PILGRIM | N. SMITHFIELD | NET 60 | 06/13/05 |

| IT | NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| .3! | | FT | 10,000.000 | 10,000.000 | 0.000 | 3.66 | 36,600.00 |
| | " x 6.0 mm | | | | | | |
| | LOT-LINER DISTRIBUTION: 06010501 | | | 5,315.00 | | | |
| | LOT-LINER DISTRIBUTION: 06020502 | | | 4,685.00 | | | |
| 6: | | EA | 2.000 | 2.000 | 0.000 | 184.60 | 369.20 |
| | 'ALLET 8X90 | | | | | | |
| .4 | | FT | 3,000.000 | 3,000.000 | 0.000 | 4.44 | 13,320.00 |
| | 0" x 6.0 mm | | | | | | |
| | LOT-LINER DISTRIBUTION: 06030501 | | | 1,615.00 | | | |
| | LOT-LINER DISTRIBUTION: 06080503 | | | 1,385.00 | | | |
| 6: | | EA | 1.000 | 1.000 | 0.000 | 184.60 | 184.60 |
| | 'ALLET 8X90 | | | | | | |
| 4! | | FT | 210.000 | 210.000 | 0.000 | 7.49 | 1,572.90 |
| | 5" x 7.5 mm | | | | | | |
| | LOT-LINER DISTRIBUTION: 5001681 | | | 210.00 | | | |
| M | | | | | | | 0.00 |
| | x40" LD Pallet | | | | | | |
| 5( | | FT | 410.000 | 410.000 | 0.000 | 11.29 | 4,628.90 |
| | 1" x 9.0 mm | | | | | | |
| | LOT-LINER DISTRIBUTION: 06080505 | | | 410.00 | | | |
| 62 | | EA | 1.000 | 1.000 | 0.000 | 184.60 | 184.60 |
| | ALLET 8X90 | | | | | | |

[redacted]

***EXHIBIT C***

Net Invoice: 56,860.20

BOL#

Freight: 1,897.50

ob #: Stock

Invoice Total: 58,757.70

"Goldstein, Andrew K."

**Subject:** Re: FW: Attached Image

[redacted]

Andy: I have exhibit stickers - re: the memo: for some reason there is a 3/4 page gap after the heading for Argument and before the caption roman numeral I, which I can't seem to eliminate. Otherwise the memo and affidavit appear to satisfy the court's requirement.

--- "Goldstein, Andrew K." <AGoldstein@foley.com> wrote:

\>
\> <http://mm1.lettermark.net/foleylaw/card/XBBO_2.map>
\>
\>
\>