UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br>Plaintiff,<br><br>v.<br><br>NICASSIO CORPORATION d/b/a<br>NICASSIO GROUP,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. AC. NO. 1:06 CV 46 S |

MOTION FOR EXTENSION OF TIME FOR SUPPLEMENTATION

The Plaintiff in the above-entitled action hereby moves for a two week extension of time to comply with the court's Order for Further Supplementation. The basis for this request is for additional time and effort needed to arrange for the affidavit of the Pennsylvania process server. The recent holiday has also made arrangements for the documentation necessary for compliance more difficult. Plaintiff respectfully requests a three week extension to December 15, 2006.

Plaintiff, by it's Attorney,

Heath S. Comley, Esq., #3932
One Ship Street
Providence, RI 02903
Tel:(401)331-5505
Fax:(401)331- 6110

Dated: November 27, 2006