UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LANTOR, INC.,
Plaintiff,

v. : CA 06-46 S

NICASSIO CORPORATION d/b/a
NICASSIO GROUP,
Defendant.

**ORDER**
**GRANTING MOTION**
**FOR EXTENSION OF TIME**

Before the Court is Plaintiff's Motion for Extension of Time for Supplementation (Document ("Doc.") #21) ("Motion"). Plaintiff seeks an extension of time to comply with the Court's Order for Further Supplementation (Doc. #20). The Motion is GRANTED. Plaintiff shall have until December 15, 2006, to comply with the Order for Further Supplementation.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
November 29, 2006

BY ORDER:

Deputy Clerk