UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LANTOR, INC.,

Plaintiff,

vs.

NICASSIO CORPORATION d/b/a
NICASSIO GROUP,

Defendant.

CIV. AC. NO. 1:06 CV 46 S

**AFFIDAVIT OF MEGAN E. YOUNG**

I, MEGAN E. YOUNG, does hereby depose and state as follows:

1. I make this affidavit on my own personal knowledge.

2. I am an investigator employed by Gentile-Meinert & Associates, 3645 Broadhead Road, Monaca, Pennsylvania 15061.

3. I made service on the Defendant Nicassio Corporation in the above-captioned matter. I am over the age of 18 years and am not a party to this action. I was authorized by law to perform said service within the boundaries of the state where service was effected.

4. In February 2006, I first attempted to make service on Nicassio at the address of 2323 A Main Street in Pittsburgh, Pennsylvania. Upon arriving at that address, I found that the building was unoccupied and locked. I was told by neighbors that there had not been any operations in the building for a couple of months, at least since December 2005. In addition, there was a delivery notice on the front of the building indicating that a delivery to Nicassio had been unsuccessfully attempted in December, which was months earlier.

5. Through my research, I obtained a phone number for the corporation, namely 412-287-0328.

6. I made numerous attempts to contact the corporation at that number. When I called, I was connected to a directory of Nicassio employees that listed three people, namely, "Betty," "Christine," and Ed Kuenzig. Mr. Kuenzig was the only person identified with a last name.

7. After numerous phone calls, a man answered the phone and identified himself as Ed Kuenzig. I asked him the address for Nicassio, and he told me that it was 1380 Old Freeport Road, Suite 3B, Pittsburgh, Pennsylvania.

8. On February 14, 2006, I went to 1380 Old Freeport Road, Suite 3B, Pittsburgh, PA to serve the corporation. Upon entering the building, I went to Suite 3B. There was a nameplate on the door identifying it as Nicassio's office.

9. Upon entering, I observed that the office was a small two room suite. There were two desks in a larger open adjacent to the main door. To the right was a smaller, private office with a door. A man emerged from the smaller office. I asked him his name, and he identified himself as Ed Kuenzig. I made service of process upon him, he accepted the materials, and I left the office.

10. It was on the basis of these experiences and observations that I concluded that Mr. Kuenzig was the person for the time being in charge of Nicassio.

11. These facts are consistent with and supplement the Return of Service that I made on the original Summons, a copy of which is attached hereto.

12. I have since made additional attempts to contact Nicassio. It is no longer operating in the office location at 1380 Old Freeport Road, and I have been unable to otherwise locate the Company.

13. On information and belief, on December 13, 2006 my co-worker Kevin McKenna contacted Mr. Kuenzig by telephone, and asked him what his title was while he was employed by Nicassio. Mr. Kuenzig confirmed that he used to be employed by Nicassio, but refused to provide Mr. McKenna with the information regarding his title.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Megan E. Young

Dated: December 13, 2006

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/14/06 |
| NAME OF SERVER (PRINT) Megan E. Young | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Nicassio Corporation, 1380 Old Freeport Road, Suite 3B Pittsburgh, PA 15238

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 111.4 miles | 2 Attempts (3 hours) | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/14/06
*Date*

Megan E. Young
*Signature of Server*

Gentile-Meinert & Associates
3645 Brodhead Road
Monaca, PA 15061
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.