UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NICASSIO CORPORATION d/b/a NICASSIO GROUP,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. AC. NO. 1:06 CV 46 S |

**DECEMBER 4, 2006, AFFIDAVIT OF JOSEPH S. ROTH**

I, Joseph S. Roth, depose and state as follows:

1. Since January 15, 2001, I have been the Chief Financial Officer of Lantor, Inc. As such, I am familiar with Lantor's operations and its dealings with its customers. To prepare this affidavit, I reviewed Lantor's files concerning its course of dealings with the Defendant, Nicassio Corporation d/b/a Nicassio Group. I make this affidavit based upon my personal knowledge and my review of Lantor's business records.

2. As set forth in paragraph 7 of the Complaint filed in this action, "From April 20, 2005 through June 13, 2005, Nicassio ordered materials from Novapipe™, and Novapipe™ agreed to provide the materials to Nicassio. These orders are reflected in seven separate invoices (the "Invoices")." As noted in my earlier affidavit, Novapipe™ is a division of Lantor.

3. The seven separate invoices referred to in paragraph 7 of the Complaint are attached hereto as Exhibit A.

4. The total amount of the invoices is $243,465.95. On September 14, 2005, Nicassio made a payment of $10,000. Lantor applied $5,694.05 of these funds to a balance due

on invoices that pre-dated the invoices at issue in this action. Lantor applied the remaining balance of this $10,000 payment, $4,305.95, to the earliest of the invoices attached hereto, invoice number 3054. This left an outstanding balance due Lantor from Nicassio of $239,160.

Signed under the penalties of perjury on December 4, 2006.

Joseph S. Roth
~~Chief~~ Financial Officer, Lantor, Inc.

# EXHIBIT A

INVOICE

NOVAPIPE™

1 Tupperware Drive
Suite 4
North Smithfield, RI 02896
(401) 762-0686

INVOICE NUMBER: 0003054-IN
INVOICE DATE: 04/20/05
INVOICE DUE DATE: 06/19/05

ORDER NUMBER: 0002023
ORDER DATE: 04/14/05
CUSTOMER NO: 00-0100565

SOLD TO:
NICASSIO CORP
2323A MAIN STREET
PITTSBURGH, PA 15215

SHIP TO:
NICASSIO
2720 West State Road #46
CIPP PLANT
SANFORD, FL 32770

CONFIRM TO: Victor Diaz

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | SHIP DATE |
|---|---|---|---|---|
| FL007 | | N. SMITHFIELD | NET 60 | 04/20/05 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1459<br>15" x 7.5 mm | FT | 1,425.000 | 1,425.000 | 0.000 | 7.49 | 10,673.25 |
| LOT-LINER DISTRIBUTION: | 04140503 | | 1,425.00 | | | |
| 1631<br>PALLET 10X90 | EA | 1.000 | 1.000 | 0.000 | 209.10 | 209.10 |
| 1479<br>18" x 7.5 mm | FT | 2,500.000 | 2,500.000 | 0.000 | 8.96 | 22,400.00 |
| LOT-LINER DISTRIBUTION: | 04150503 | | 2,500.00 | | | |
| 1635<br>PALLET 16X90 | EA | 1.000 | 1.000 | 0.000 | 311.65 | 311.65 |
| 1505<br>21" x 9.0 mm | FT | 350.000 | 350.000 | 0.000 | 11.29 | 3,951.50 |
| LOT-LINER DISTRIBUTION: | 04180503 | | 350.00 | | | |
| 1629<br>PALLET 8X90 | EA | 1.000 | 1.000 | 0.000 | 184.60 | 184.60 |
| 1519<br>24" x 9.0 mm | FT | 670.000 | 670.000 | 0.000 | 13.07 | 8,756.90 |
| LOT-LINER DISTRIBUTION: | 04190501 | | 670.00 | | | |
| 1629<br>PALLET 8X90<br>BOL# 1085 | EA | 1.000 | 1.000 | 0.000 | 184.60 | 184.60 |

Net Invoice: 46,671.60

Freight: 1,760.00

**Job #: Stock**

**Invoice Total: 48,431.60**

# INVOICE



NOVAPIPE™

1 Tupperware Drive
Suite 4
North Smithfield, RI 02896
(401) 762-0686

INVOICE NUMBER: 0003070-IN
INVOICE DATE: 04/26/05
INVOICE DUE DATE: 06/25/05

ORDER NUMBER: 0002037
ORDER DATE: 04/21/05
CUSTOMER NO: 00-0100565

SOLD TO:

NICASSIO CORP
2323A MAIN STREET
PITTSBURGH, PA 15215

SHIP TO:

NICASSIO - METRO SEWER SERVICE
2720 West State Road #46
CIPP PLANT
321-363-2280
SANFORD, FL 32770

CONFIRM TO: MATT CUDD FAX 407-322-5777

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | SHIP DATE |
|---|---|---|---|---|
| 898889 | | N. SMITHFIELD | NET 60 | 04/26/05 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1398 | FT | 10,000.000 | 10,000.000 | 0.000 | 3.66 | 36,600.00 |
| 8" x 6.0 mm | | | | | | |
| LOT-LINER DISTRIBUTION: | 04130501 | | 5,000.00 | | | |
| LOT-LINER DISTRIBUTION: | 04130502 | | 5,000.00 | | | |
| 1414 | FT | 2,500.000 | 2,500.000 | 0.000 | 4.44 | 11,100.00 |
| 10" x 6.0 mm | | | | | | |
| LOT-LINER DISTRIBUTION: | 04050505 | | 2,500.00 | | | |
| 1437 | FT | 2,500.000 | 2,500.000 | 0.000 | 5.51 | 13,775.00 |
| 12" x 6.0 mm | | | | | | |
| LOT-LINER DISTRIBUTION: | 04220501 | | 2,500.00 | | | |
| 1629 | EA | 4.000 | 4.000 | 0.000 | 184.60 | 738.40 |
| PALLET 8X90 | | | | | | |
| BOL# 1094 | | | | | | |

| | |
|---|---|
| Net Invoice: | 62,213.40 |
| Freight: | 0.00 |
| Invoice Total: | 62,213.40 |

**Job #: STOCK**

# INVOICE

NOVAPIPE™

1 Tupperware Drive
Suite 4
North Smithfield, RI 02896
(401) 762-0686

INVOICE NUMBER: 0003107-IN
INVOICE DATE: 04/26/05
INVOICE DUE DATE: 06/25/05

ORDER NUMBER: 0002072
ORDER DATE: 04/21/05

CUSTOMER NO: 00-0100565

SOLD TO:
NICASSIO/METRO SERVICES
2323A MAIN STREET
PITTSBURGH, PA 15215

SHIP TO:
NICASSIO
2720 West State Road #46
CIPP PLANT
SANFORD, FL 32770

CONFIRM TO: Mike Cudd

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | SHIP DATE |
|---|---|---|---|---|
| 898889 | CARRIER | N. SMITHFIELD | NET 60 | 05/05/05 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| /M<br>Freight<br>Reference Invoice# 3070<br>BOL# 1094 | | | | | | 0.00 |

Net Invoice: 0.00
Freight: 1,760.00
Invoice Total: 1,760.00

Job #:

INVOICE

NOVAPIPE™

1 Tupperware Drive
Suite 4
North Smithfield, RI 02896
(401) 762-0686

INVOICE NUMBER: 0003101-IN
INVOICE DATE: 05/03/05
INVOICE DUE DATE: 07/02/05

ORDER NUMBER: 0002063
ORDER DATE: 05/03/05
CUSTOMER NO: 00-0100565

SOLD TO:
NICASSIO/METRO SERVICES
2323A MAIN STREET
PITTSBURGH, PA 15215

SHIP TO:
NICASSIO
2720 West State Road #46
CIPP PLANT
SANFORD, FL 32770

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | SHIP DATE |
|---|---|---|---|---|
| 89881 | CUST PICKUP | N. SMITHFIELD | NET 60 | 05/03/05 |

| TEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1708<br>17" x 9.0 mm | FT | 430.000 | 430.000 | 0.000 | 9.38 | 4,033.40 |
| LOT-LINER DISTRIBUTION: | 04290505 | | 430.00 | | | |
| 1629<br>PALLET 8X90 | EA | 1.000 | 1.000 | 0.000 | 184.60 | 184.60 |
| 1519<br>24" x 9.0 mm | FT | 370.000 | 370.000 | 0.000 | 13.07 | 4,835.90 |
| LOT-LINER DISTRIBUTION: | 04290506 | | 370.00 | | | |
| 1629<br>PALLET 8X90 | EA | 1.000 | 1.000 | 0.000 | 184.60 | 184.60 |
| 1714<br>31" x 21 mm | FT | 150.000 | 150.000 | 0.000 | 28.04 | 4,206.00 |
| LOT-LINER DISTRIBUTION: | 04290507 | | 150.00 | | | |

Net Invoice: 13,444.50

Freight: 0.00

Job #:

Invoice Total: 13,444.50

INVOICE

NOVAPIPE™

1 Tupperware Drive
Suite 4
North Smithfield, RI 02896
(401) 762-0686

INVOICE NUMBER: 0003115-IN
INVOICE DATE: 05/09/05
INVOICE DUE DATE: 07/08/05

ORDER NUMBER: 0002065
ORDER DATE: 05/03/05
CUSTOMER NO: 00-0100565

SOLD TO:
NICASSIO/METRO SERVICES
2323A MAIN STREET
PITTSBURGH, PA 15215

SHIP TO:
NICASSIO
2720 West State Road #46
CIPP PLANT
SANFORD, FL 32770

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | SHIP DATE |
|---|---|---|---|---|
| 898893 | CARRIER | N. SMITHFIELD | NET 60 | 05/09/05 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1519<br>24" x 9.0 mm | FT | 200.000 | 200.000 | 0.000 | 13.07 | 2,614.00 |
| LOT-LINER DISTRIBUTION: 05090501 | | | 200.00 | | | |
| M<br>8'x40" Pallet | | | | | | 0.00 |
| 1577<br>36" x 18.0 mm | FT | 500.000 | 500.000 | 0.000 | 27.76 | 13,880.00 |
| LOT-LINER DISTRIBUTION: 05040501 | | | 500.00 | | | |
| 1633<br>PALLET 12X90 | EA | 1.000 | 1.000 | 0.000 | 236.85 | 236.85 |
| 1554<br>30" x 15.0 mm | FT | 800.000 | 800.000 | 0.000 | 20.78 | 16,624.00 |
| LOT-LINER DISTRIBUTION: 05030501 | | | 800.00 | | | |
| 1635<br>PALLET 16X90 | EA | 1.000 | 1.000 | 0.000 | 311.65 | 311.65 |
| 1736<br>54" x 24.0 mm | FT | 100.000 | 100.000 | 0.000 | 55.48 | 5,548.00 |
| LOT-LINER DISTRIBUTION: 05070501 | | | 100.00 | | | |
| 1629<br>PALLET 8X90 | EA | 1.000 | 1.000 | 0.000 | 184.60 | 184.60 |
| 1721<br>42" x 21.0 mm | FT | 375.000 | 375.000 | 0.000 | 36.44 | 13,665.00 |
| LOT-LINER DISTRIBUTION: 05060503 | | | 375.00 | | | |
| 1635<br>PALLET 16X90 | EA | 1.000 | 1.000 | 0.000 | 311.65 | 311.65 |

Two Trucks required to ship entir order.
BOL#1119 & 1120

INVOICE

NOVAPIPE™

1 Tupperware Drive
Suite 4
North Smithfield, RI 02896
(401) 762-0686

INVOICE NUMBER: 0003115-IN
INVOICE DATE: 05/09/05
INVOICE DUE DATE: 07/08/05

ORDER NUMBER: 0002065
ORDER DATE: 05/03/05
CUSTOMER NO: 00-0100565

SOLD TO:
NICASSIO/METRO SERVICES
2323A MAIN STREET
PITTSBURGH, PA 15215

SHIP TO:
NICASSIO
2720 West State Road #46
CIPP PLANT
SANFORD, FL 32770

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | SHIP DATE |
|---|---|---|---|---|
| 898893 | CARRIER | N. SMITHFIELD | NET 60 | 05/09/05 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Invoice: | 53,375.75 |
| Freight: | 3,685.00 |
| Invoice Total: | 57,060.75 |

**Job #: Orlando**

# INVOICE



NOVAPIPE™

1 Tupperware Drive
Suite 4
North Smithfield, RI 02896
(401) 762-0686

INVOICE NUMBER: 0003144-IN
INVOICE DATE: 05/17/05
INVOICE DUE DATE: 07/16/05

ORDER NUMBER: 0002090
ORDER DATE: 04/13/05
CUSTOMER NO: 00-0100565

SOLD TO:
NICASSIO/METRO SERVICES
2323A MAIN STREET
PITTSBURGH, PA 15215

SHIP TO:
NICASSIO
2720 West State Road #46
CIPP PLANT
SANFORD, FL 32770

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | SHIP DATE |
|---|---|---|---|---|
| | | N. SMITHFIELD | NET 60 | 05/17/05 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1457<br>15" x 6.0 mm | FT | 150.000 | 150.000 | 0.000 | 10.52 | 1,578.00 |

LOT-LINER DISTRIBUTION: 05130502 150.00
Conduit Carrier Development

Net Invoice: 1,578.00
Freight: 220.00
Invoice Total: 1,798.00

Job #:

NOVAPIPE™

1 Tupperware Drive
Suite 4
North Smithfield, RI 02896
(401) 762-0686

INVOICE NUMBER: 0003216-IN
INVOICE DATE: 06/13/05
INVOICE DUE DATE: 08/12/05

ORDER NUMBER: 0002126
ORDER DATE: 06/08/05
CUSTOMER NO: 00-0100565

SOLD TO:
NICASSIO GROUP
2323A MAIN STREET
PITTSBURGH, PA 15215

SHIP TO:
NICASSIO
2720 West State Road #46
CIPP PLANT
SANFORD, FL 32770

CONFIRM TO: Matt

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | SHIP DATE |
|---|---|---|---|---|
| 898909 | PILGRIM | N. SMITHFIELD | NET 60 | 06/13/05 |

| TEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 398<br>8" x 6.0 mm | FT | 10,000.000 | 10,000.000 | 0.000 | 3.66 | 36,600.00 |
| LOT-LINER DISTRIBUTION: | 06010501 | | 5,315.00 | | | |
| LOT-LINER DISTRIBUTION: | 06020502 | | 4,685.00 | | | |
| 629<br>PALLET 8X90 | EA | 2.000 | 2.000 | 0.000 | 184.60 | 369.20 |
| 414<br>10" x 6.0 mm | FT | 3,000.000 | 3,000.000 | 0.000 | 4.44 | 13,320.00 |
| LOT-LINER DISTRIBUTION: | 06030501 | | 1,615.00 | | | |
| LOT-LINER DISTRIBUTION: | 06080503 | | 1,385.00 | | | |
| 629<br>PALLET 8X90 | EA | 1.000 | 1.000 | 0.000 | 184.60 | 184.60 |
| 459<br>15" x 7.5 mm | FT | 210.000 | 210.000 | 0.000 | 7.49 | 1,572.90 |
| LOT-LINER DISTRIBUTION: | 5001681 | | 210.00 | | | |
| M<br>8x40" LD Pallet | | | | | | 0.00 |
| 505<br>21" x 9.0 mm | FT | 410.000 | 410.000 | 0.000 | 11.29 | 4,628.90 |
| LOT-LINER DISTRIBUTION: | 06080505 | | 410.00 | | | |
| 629<br>PALLET 8X90 | EA | 1.000 | 1.000 | 0.000 | 184.60 | 184.60 |

Material delivery ASAP-6/17 or sooner

| | |
|---|---|
| Net Invoice: | 56,860.20 |
| Freight: | 1,897.50 |
| Invoice Total: | 58,757.70 |

**Job #: Stock**