UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LANTOR, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV. AC. NO. 1:06 CV 46 S |
| NICASSIO CORPORATION d/b/a NICASSIO GROUP, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO FILE ADDITIONAL AFFIDAVIT IN RESPONSE TO THE COURT'S ORDER FOR FURTHER SUPPLEMENTATION DATED OCTOBER 27, 2006**

Plaintiff Lantor, Inc. ("Lantor") respectfully requests that the Court grant it leave to file the Affidavit of John Williamson, a copy of which is attached hereto, in further response to this Court's Order for Further Supplementation dated October 27, 2006 (the "Order").

As grounds for this motion, Lantor states that Mr. Williamson, a Lantor employee with direct dealings with Nicassio and with the individual upon whom service of process was made, recently underwent emergency surgery, and, therefore, was previously unavailable to sign an

affidavit by the deadline in the Order, as extended. Mr. Williamson's Affidavit provides new and material evidence demonstrating that service was properly made on the Defendant.

Respectfully submitted,

LANTOR, INC.

By its attorneys,

/s/ Heath Comley
Heath Comley (No. 3932)
One Ship Street
Providence, RI 02903
Telephone: (401) 331-5505
Facsimile: (401) 331-6110
comleylaw@yahoo.com

Dated: December 21, 2006

Of Counsel:

Lawrence M. Kraus
Andrew K. Goldstein
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000