UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LANTOR, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NICASSIO CORPORATION d/b/a NICASSIO GROUP,<br><br>Defendant. | CIV. AC. NO. 1:06 CV 46 S |

**AFFIDAVIT OF JOHN WILLIAMSON**

I, John Williamson, depose and state as follows:

1. I make this affidavit on my own personal knowledge.

2. I have been employed by Lantor, Inc. d/b/a Novapipe™ since in or about March 1999. I was the first employee of Novapipe™ and I was hired to start Novapipe™. When I first started with Novapipe™ my title was Technical Director. Presently, I am the Sales Manager for Novapipe™.

3. As an employee of Novapipe™, I have worked on business that Novapipe™ has done with Defendant Nicassio Corporation d/b/a Nicassio Group ("Nicassio"), since in or about early 2002. I continued to work with Nicassio through the summer of 2005.

4. During numerous business dealings between Novapipe™ and Nicassio, from early 2002 to the summer of 2005, I worked consistently with an individual named Ed Kuenzig. Mr. Kuenzig had various titles while he was with Nicassio, including Estimator, Project Administrator, and, most recently, Project Engineer.

5. Mr. Kuenzig was the person in charge of all aspects of Nicassio's construction projects, including project designs, project use, pricing structures, project bids, permitting, and bonding. He was also involved in ordering materials from Novapipe™ for Nicassio projects. When I telephoned Nicassio's offices to speak with someone about Nicassio's business with Novapipe™, I was consistently put through to Mr. Kuenzig.

6. Mr. Kuenzig was a central employee of Nicassio's day to day operations and I do not believe that Nicassio could have performed its day to day operations without Mr. Kuenzig. In this regard, Lou Nicassio once instructed me during a meeting at Nicassio's office in Pittsburgh that Mr. Kuenzig also attended that I should make sure that Mr. Kuenzig had al relevant information about a certain project that Nicassio was working on.

7. In my dealings with him, I always found Mr. Kuenzig to be a very responsible employee.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**John Williamson, Sales Manager**
**Lantor, Inc. d/b/a Novapipe™**

**Dated: December 21, 2006**



BOST_223832.1