UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Lantor, Inc.
Plaintiff

V. CA06-46S

Nicassio Corporation d/b/a
Nicassio Group
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on January 5, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). No objection having been filed, the Plaintiff's first Motion for Default Judgment and the Plaintiff's second Motion for Default Judgment are GRANTED.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 1/23/07