AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Lantor, Inc.
Plaintiff

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: C.A. No. 06-46S

Nicassio Corporation d/b/a Nicassio Group
Defendant

**Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

X **Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment is hereby entered in favor of the Plaintiff, Lantor, Inc., against the Defendant, Nicassio Corporation d/b/a Nicassio Group in the amount of $239,160.00 plus prejudgment interest of $41,752.23 for a total Judgment of $280,912.23 plus costs of $250.00.**

**January 25, 2007**
**Date**

**Clerk**

**(By) Deputy Clerk**